UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD GOINES, JR.,

    Petitioner,

Case No. 1:15-cv-354

v.

HONORABLE PAUL L. MALONEY

DEWAYNE BURTON,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is hereby entered in favor of Respondent.

Dated: September 29, 2017                                /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge